GEORGE W. WASHBURN v. CHARLES H. BUCHANAN et al.

SERVICE BY PUBLICATION — *Sufficiency of Affidavit.* Where it is stated in an affidavit to obtain service by publlication that the defendant is a nonresident of the state, and service cannot be had upon him within the state, and such affidavit is otherwise sufficient, it is not void or voidable under Laws of 1889, ch. 107, § 2. (Civil Code, § 73.)

*Error from Butler District Court.*

THE opinion states the case.

*Hamilton & Leydig*, for plaintiff in error.

*S. E. Black*, and *Redden & Schumacher*, for defendants in error.

27 — 52 KAS.

The opinion of the court was delivered by

HORTON, C. J.: It is contended that the affidavit for pub-
lication in this case, and the service based thereon, is voidable,
and that, as it was properly challenged by motion, the trial
court should have set the service aside.    There is but one
question for consideration: Was the affidavit for publication
sufficient to authorize the trial court to render the judgment
of foreclosure?    Section 73 of the code of 1868 was the law
of this state providing for an affidavit for publication until
chapter 107 of the Laws of 1889 took effect.    It reads:

"SEC. 73.  Before service can be made by publication, an
affidavit must be filed that service of a summons cannot be
made within this state on the defendant or defendants to be
served by publication, and showing that the case is one of
those mentioned in the preceding section.  When such affi-
davit is filed, the party may proceed to make service by pub-
lication."

On the 15th day of March, 1889, a new law went into ef-
fect concerning affidavits for publication.  This statute of
1889 is as follows:

"SEC. 73.  Before service can be made by publication, an
affidavit must be filed stating that the plaintiff, with due dil-
ligence, is unable to make service of the summons upon the
defendant or defendants to be served by publication, and
showing that the case is one of those mentioned in the pre-
ceding section.   When such affidavit is filed, the party may
proceed to make service by publication."  (Laws of 1889, ch.
107, § 2; Civil Code, § 73.)

If the defendants were nonresidents of the state, and if
service could not be made upon them within the state, it could
not be made within the state by due diligence, or any other
diligence.   In the affidavit, the affiant stated positively "that
the defendants were nonresidents of this state, and service
could not be had upon them within the state."  If service
could have been made by due diligence, then the affiant to the
affidavit could not have said "that service could not be

made within the state." The affidavit was sufficient under Laws of 1889, chapter 107, § 2. (Civil Code, § 73.)

The judgment will be affirmed.

All the Justices concurring.